# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. **14-23047-CIV-KING/TORRES**

# The attached hand-written document has been scanned and is also available in the SUPPLEMENTAL PAPER FILE

(Rev. 10/2002) General Document

# UNITED STATES DISTRICT COURT
## Southern District of Florida

Case Number: **14-23047-CIV-KING/TORRES**

Lillie HARRIS

_____
Plaintiff(s)

v.

CITY OF MIAMI

_____
Defendant(s)

FILED by YKR D.C.
AUG 19 2014
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA — MIAMI

**(TITLE OF DOCUMENT)**

I, Lillie HARRIS, (plaintiff) or defendant, in the above styled cause,

I am a Female working in the City of Miami Police Department and I have a disability. I am currently employed for the City of Miami Police Department as a Police Lieutenant. I have been a Police Lieutenant for almost 10 years and employed with the City almost 29 years. On or about Before June 2013, I reported to my superiors that I was subjected to a hostile and retaliatory work environment. There were several males and others who worked under my supervision who have been undermining my authority, not following my instructions, being allowed to file unjust complaints against me, and was enabled to do so by my superiors. Whereas my Male counterparts were not being treated

the same way for "doing their job", I was being treated differently. I reported the hostile and retaliatory work environment to my supervisor, then through the chain of command, Internal Affairs and Human resources, the Union, and nothing was done about it. I exhausted all of my internal means. As a result of the hostile and retaliatory environment continuing my health began to deteriorate. When I requested and began to use my FMLA, in retaliation my superiors threatened me with disciplinary action. I was also retaliated against by being transferred affecting my duty hours and pay. As a result I have been penalized after filing my EEOC complaint. I have been penalized for consideration for promotion, selection for other units, job positions, training, overtime, Lost of pay and attempts to discredit my reputation. I believe that I have been discriminated and retaliated against because of my gender in violation of Title VII of the Civil Right Act of 1964, as Amended And my

(Rev. 10/2002) General Document

disability, in violation of the Americans with the Disabilities Act of 1990, as Amended (ADAAA)

**Certificate of Service**

I _____ , certify that on this date _____ a true copy of the foregoing document was mailed to: _____
                                                                                   name(s) and address(es)

By: Lillie HARRIS
Printed or typed name of Filer

Pro SE
Florida Bar Number

954-479-2514
Phone Number

2170 Wilton Dr. #408
Street Address

Wilton Manors, FL 33305
City, State, Zip Code

Signature: Lillie Harris
Signature of Filer

LHARRIS417@aol.com
E-mail address

_____
Facsimile Number